April 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, Appellant

NO. 14-11-00704-CV                              V.

KAI HUI QI, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Kai Hui Qi, signed July 25, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause to the trial court for further proceedings, including determination of whether to grant appellee Qi a thirty-day extension to cure the deficiencies in the expert report.

We order appellee, Kai Hui Qi, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.